IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>GATEJEN CONSOLIDATED INDUSTRIES, INC., et al.,<br><br>            Defendants. | NO. C13-0241 TEH<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Joseph C. Spero on June 27, 2013. Plaintiffs served the report and recommendation on Defendants on July 23, 2013. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period for filing objections). The Court has reviewed the report and recommendation and agrees with Judge Spero's recommendation that default judgment be entered. Accordingly, with good cause appearing, Plaintiffs' motion for default judgment is GRANTED in the amount of $190,944.49. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 08/09/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT